# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BAYLOR UNIVERSITY, | § § | |
| Plaintiff, | § § | Civil Action No.: 6:19-cv-00232-ADA |
| v. | § § | |
| BLEUX LLC and UMAR BRIMAH d/b/a THE DIA GANG, | § § § | |
| Defendants. | § § | |

## STATUS REPORT

As ordered by the Court on April 2, 2019 (Dkt. 13), Plaintiff Baylor University submits this status report. Plaintiff's counsel and Defendant Brimah have exchanged emails relating to potential settlement. Defendant Brimah appears open to the concept of settlement, but has not communicated agreement to any particular terms, and has indicated he is seeking representation. Given that the parties have not been able to reach a resolution of the lawsuit and it is unclear whether they are close to settlement, Plaintiff respectfully requests that the lawsuit move forward.

To that end, Plaintiff concurrently files herewith its First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A), and respectfully requests that the Court issue a scheduling order at its convenience.

Respectfully submitted,

Dated: April 15, 2019

By: */s/ Wendy C. Larson*
Wendy C. Larson
State Bar No. 24055820
wlarson@pirkeybarber.com
Elizabeth Stafki
State Bar No. 24086835
estafki@pirkeybarber.com

PIRKEY BARBER PLLC
600 Congress Avenue, Suite 2120
Austin, TX  78701
(512) 322-5200
(512) 322-5201 (facsimile)

ATTORNEYS FOR PLAINTIFF
BAYLOR UNIVERSITY

## CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2019, I (1) electronically filed the foregoing with the Clerk of Court using the CM/ECF system; (2) directed a process server to personally serve the foregoing on the Defendants; (3) sent  courtesy copies of the foregoing to Defendant's email addresses: umarbrimah@gmail.com and ubrimah@gmail.com; and (4) sent  a copy of the foregoing via first-class mail, postage prepaid, to the following:

Bleux LLC
2912 South 3rd Street
Waco, Texas 76706-6457.

And

Umar Brimah d/b/a The Dia Gang
2912 South 3rd Street
Waco, Texas 76706-6457

                                             */s/ Wendy C. Larson*